UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD FRANK, | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-02136 |
| vs. | : | |
| MICHAEL CLARK, et al., | : | (Judge Rambo) |
| Respondents | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Frank's petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court shall terminate any pending motions and **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                              _s/Sylvia Rambo_
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: December 13, 2016