UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD FRANK, | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-02136 |
| vs. | : | |
| MICHAEL CLARK, et al., | : | (Judge Rambo) |
| Respondents | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Frank's motion for reconsideration (Doc. 11) is **DENIED**.

                         s/Sylvia H. Rambo
                         SYLVIA H. RAMBO
                         United States District Judge

Dated: March 24, 2017